and new trial ordered, with costs to the appellant to abide the event, on the ground that the question of fact should have been submitted to the jury. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DONALD HARPER and Another, as Surviving Trustees of the Trusts Created by the Will of FERRIS S. THOMPSON, Deceased, Respondents, v. LOUISE GRASSET THOMPSON, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BERNHARD M. JOFFE, Appellant, v. ALEXANDER HELLER, Otherwise Known as " AL " HELLER, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARGARET MURTHA, Doing Business, etc., Plaintiff, v. MABEL H. DUELL and Another, Appellants, Impleaded, etc., and MORRIS M. URIS, Respondent.— Order modified by reducing the amount thereof by the sum of $218.90, and as so modified affirmed, without costs, upon the ground that the evidence supporting the claim for extra work was stricken from the record. Findings inconsistent with this determination should be reversed. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JAMES R. HATMAKER, Respondent, v. NIKOLA TESLA and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SYLVIA GREENBERG, an Infant, by JOSEPH GREENBERG, Her Guardian ad Litem, Respondent, v. BLOOM & GOLDSTEIN, INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH GREENBERG, Respondent, v. BLOOM & GOLDSTEIN, INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. S. & S. CORRUGATED PAPER MACHINERY CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KASPAR KOPPI, Appellant, v. REGINA GALLAGHER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAURICE A. MACK, Appellant, v. WALTER A. B. MENDELS, Respondent.— Judgment and order affirmed, with costs, on the authority of Holt v. Hopkins (63 Misc. 537; affd., 136 App. Div. 940). Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY BROUS, Respondent, v. IMPERIAL ASSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [130 Misc. 450.]

HANNAH COHN, Appellant, v. ADAMS & CO., INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.